UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK    Attorney: CAESAR AND NAPOLI, P.C.

BRIAN J. AUBIN, JR.

                                                      Plaintiff(s)

- against -

Index # 2:19-CV-04985-DLI-RER

COUNTY OF SUFFOLK, ETAL

Purchased August 30, 2019
File # 40680GU.ESEZ

                                                      Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

MURRAY BROWNE BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 18, 2019 at 09:22 AM at

C/O YAPHANK HIGHWAY PATROL
30 YAPHANK AVENUE
YAPHANK, NY 11900

deponent served the within SUMMONS AND COMPLAINT on P.O. GREGORY SANDBICHLER therein named,

**SUITABLE AGE**    by delivering thereat a true copy of each to DENISE GARISO a person of suitable age and discretion. Said premises is Defendant's actual place of business within the state. She identified herself as the CO-WORKER of the Defendant.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLACK | 32 | 5'2 | 115 |

GLASSES

**MAILING**    Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

C/O YAPHANK HIGHWAY PATROL
30 YAPHANK AVENUE
YAPHANK, NY 11900

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on October 24, 2019 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: October 24, 2019

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2023

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in Queens County
Commission Expires April 11, 2023

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2023

**MURRAY BROWNE**

Invoice #: 730903

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728 NYCDCA#1102045