UNITES STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
Brian J. Aubin, Jr.,

**CASE MANAGEMENT PLAN**

Docket Number: 19-cv-4985 (DLI)(RER)

Plaintiff,

-against-

County of Suffolk, et al

Defendant,
-------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by 10/24/2019.

2. No additional parties may be joined after 2/5/2020.

3. No amendment of the pleadings will be permitted after 2/5/2020.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: 1/6/2020.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
   (a) expert witnesses on or before 3/9/2020.
   (b) rebuttal expert witnesses on or before 4/8/2020.

6. All discovery, including depositions of experts, shall be completed on or before 5/8/2020 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)? (**Answer no if any party declines to consent without indicating which party has declined.**)

   ☐ Yes   ✔ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9. A Telephone Conference set for _____, to be initiated by ☐ Plaintiff or ☐ Defendant (Check One).

   \* (The Court will schedule the conference listed above.)

10. Status Conference will be held on _____.
    \* (The Court will schedule the conference listed above)

11. A Final Pre-trial conference will be held on _____.
    \*(The Court will schedule the conference listed above.)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

CONSENTED TO:

---
RAMON E. REYES, JR.
UNITED STATES MAGISTRATE JUDGE

ERNEST A. SPIVAK
CAESAR AND NAPOLI, P.C.
NAME
Attorney for Plaintiff BRIAN J. AUBIN, JR.
ADDRESS WOOLWORTH BUILDING, 233 BROADWAY, SUITE 2348 NEW YORK, NY 10279
E-mail: ESPIVAK@CAESARNAPOLI.COM
Tel.: (212) 226-2100
Fax: (212) 226-3224

STACY A. SKORUPA, ASSISTANT COUNTY ATTORNEY
SUFFOLK COUNTY ATTORNEY'S OFFICE
NAME
Attorney for Defendant COUNTY OF SUFFOLK, P.O. GREGORY SANDOCHLER & SHERIFF ERROL D. TOULON, JR
ADDRESS P.O. BOX 6100, 100 VETERANS MEMORIAL HW HAUPPAUGE, NY 11788-0099
E-mail: STACY.SKORUPA@SUFFOLKCOUNTYNY.GOV
Tel.: (631) 853-4049
Fax: (631) 853-8341