
June 10, 2020

Hon. Ramon E. Reyes, Jr., U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    <u>Aubin v. County of Suffolk et.al</u>.
           19-cv-4985 (DLI)(RER)

Dear Judge Reyes:

As the Court is aware, the Suffolk County Attorney's Office represents the County Defendants in the above-referenced matter. Pursuant to our telephone conference earlier today, please accept this correspondence as a joint motion from Plaintiff's Counsel and I to amend the Discovery Schedule/ Case Management Statement in this case as follows:

- Deadline for joinder/ amendment of the pleadings: <u>July 25, 2020</u>

- The parties shall make required Rule 26(a)(2) disclosures with respect to:
  - expert witnesses on or before <u>October 13, 2020</u>
  - rebuttal expert witnesses on or before <u>November 16, 2020</u>

- All discovery, including depositions of experts, shall be completed on or before <u>January 15, 2021</u>

We thank the Court for its consideration of this matter.

Dennis M. Cohen
County Attorney

*/s/ Stacy A. Skorupa*
By: Stacy A. Skorupa
Assistant County Attorney

    cc:    Ernest Spivak, Esq. (via ECF)