AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| BRIAN J. AUBIN, JR.,<br><br>*Plaintiff(s)*<br>v.<br>D.S. ROBERT PAASCH, COUNTY OF SUFFOLK, ET. AL.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:19-CV-4985 (DLI)(RER)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* D.S. ROBERT PAASCH
SUFFOLK COUNTY SHERIFF'S OFFICE
100 CENTER DRIVE
RIVERHEAD, NY 11901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  ERNEST SPIVAK
CAESAR AND NAPOLI, P.C.
233 BROADWAY SUITE 2348
NEW YORK, NY 10279
T: (212)-226-2100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*