

1250 Broadway, 27th Floor, New York, NY 10001  tel. 212-619-5400  nfllp• www.nfllp.com  fax 212-619-3090

April 2, 2024

*Via ECF*
Honorable Dora Lizette Irizarry
United States Magistrate Judge
United States District Court
225 Cadman Plaza East
Brooklyn, N.Y.  11201

                Re:  *Aubin v County of Suffolk*
                     19-cv-4985

Dear Judge Irizarry:

    We represent Plaintiff Brian Aubin in the above referenced matter. This is in response to the Court's Order, dated March 23, 2024, wherein the Court directed counsel for the Plaintiff to provide certain information regarding his status.

    Mr. Aubin was arrested on March 6, 2024.  He was arraigned on the following charges: Assault 1st Degree, Assault 2nd Degree, Criminal Mischief 3rd Degree, and Assault 3rd Degree.  He is currently being detained in a correctional facility in Suffolk County.  His next court conference date is April 8, 2024.  We have been advised that Mr. Aubin can participate, with prior notice to the facility, in a settlement conference via zoom,

                                      Very truly yours,

                                      NEWMAN FERRARA, LLP

                                      <u>s/Randolph McLaughlin</u>

                                      Randolph M. McLaughlin

cc: Counsel of Record *via ecf*